IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| DREDA N. WRIGHT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No.: |
| | * |
| GREYSTAR REAL ESTATE PARTNERS, | * |
| LLC d/b/a TAKOMA PLACE, LLC, | * |
| | * |
| Defendant. | * |
| | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**NOTICE OF REMOVAL**

Defendant, Greystar Real Estate Partners, LLC d/b/a Takoma Place, LLC ("Greystar"),

by its attorneys, James S. Aist and Kevin M. Cox, pursuant to 28 U.S.C. §1441 *et seq.*, hereby

files the following Notice of Removal of the above captioned matter from the Superior Court for

the District of Columbia to the United States District Court for District of Columbia, and for

good cause states as follows:

　　　1.　　　Plaintiff filed an action in the Superior Court for the District of Columbia, Case

No. 2017 CA 003718 B.  Specifically, Plaintiff contends she was a tenant of an apartment

complex owned and operated by Greystar.  Plaintiff alleges a sewer-system failure in the

building left her apartment flooded with raw sewage.  Plaintiff claims:  (a) breach of the District

of Columbia Property Maintenance Code; (b) breach of the District of Columbia Housing Code;

(c) breach of implied warranty of habitability; (d) breach of contract; (e) void lease; (f)

negligence; (g) negligence *per se*; (h) conversion; and (i) intentional infliction of emotional

distress.  All of Plaintiff's causes of action are alleged to have happened in the District of

Columbia.  In accordance with 28 U.S.C. § 1446(a), a complete copy of all the pleadings filed in the Superior Court for the District of Columbia are attached hereto as Exhibit 1.

2.      This action is removable to this court based upon diversity of citizenship as the Plaintiff is alleged to be a citizen of the District of Columbia and Greystar is a Delaware limited liability company with its principal place of business in South Carolina and none of Greystar's members are citizens or residents of the District of Columbia.  Greystar has six members:  (a) Faith Family Holdings, LP; (b) WP – GREP Holdings, LLC; (c) JMI – GREP Holdings, LLC; (d) EC – GREP Holdings, LLC; (e) William C. Maddux; and (f) Burke Family Trust.  The citizenship of Greystar's members are as follows:

(i)      Faith Family Holdings, LP – citizenship in South Carolina due to the citizenship of its sole partner Robert A. Faith being South Carolina;

(ii)      WP – GREP Holdings, LLC – citizenship in the Cayman Islands due to the citizenship of its sole member, Whitman Peterson Greystar, LLC, having citizenship in the Cayman Islands due to the citizenship of its sole owner, Whitman Peterson Partners II, LTD, being the Cayman Islands;

(iii)      JMI – GREP Holdings, LLC – citizenship in Texas, South Carolina, California, New Jersey, New York, Colorado, and Florida due to the citizenship of its three members, JMI Holdings, LLC (GREP Series), Faith Family Holdings, LP, and William C. Maddux.  Faith Family Holdings, LP is a citizen of South Carolina due to the citizenship of its sole partner Robert A. Faith being South Carolina.  William C. Maddux is a citizen of South Carolina.  JMI Holdings, LLC (GREP Series) has 28 members.  The names and citizenship of the members of JMI Holdings, LLC (GREP Series) are as follows:

2

| Member Name | State of Citizenship |
| --- | --- |
| Rebecca Ann Moores Family Trust | California |
| JMI Services, LLC[1] | Texas |
| John Jay Moores, Jr. Trust* | California |
| John J. Moores, Jr. (Individual) | California |
| Jennifer Ann Moores Trust* | California |
| Jennifer Ann Moores (Individual) | California |
| Seth Joseph Baas 1990 Trust* | Texas |
| Britton Lee Baas 1990 Trust* | Texas |
| Jason Brian Shulman 2014Trust* | New Jersey |
| Rachel Erin Shulman 2014 Trust* | California |
| Christopher Nathan Baas 1990 Trust* | New York |
| Rosanne Elaine Baas 1990 Trust* | California |
| Melissa Kristen Moores 2014 Trust* | Texas |
| Barry Alexander Moores 2014 Trust* | California |
| Avery Katherine Moores 2014 Trust* | California |
| Benjamin Hunter Moores 2014 Trust* | California |
| David A.Toner 1992 Trust | California |
| Clare C. Toner 1992 Trust | California |
| Eliazabeth V. Toner | California |
| Charles E. Noell, III | Texas |

---

[1] John Moores is the sole owner of JMI Services, LLC and his state of citizenship is Texas.

3

| Bryant W. Burke and Esther C. Burke Family Trust | Texas |
|---|---|
| Moores Irrevocable Trust dated July 15, 1999 (Trust A) | California |
| Moores Irrevocable Trust dated July 15, 1999 (Trust B) | California |
| Barry Moores | California |
| Anthony Kent Moores | Colorado |
| Molly Moores | California |
| Debra Hugonin | Texas |
| Patrick Baas | Florida |

(iv)   EC – GREP Holdings, LLC – citizenship of all states in which Greystar and its members are citizens (none of which is the District of Columbia) because Greystar is the sole owner of EC – GREP Holdings, LLC;

(v)   William C. Maddux – citizenship in South Carolina; and

(vi)   Burke Family Trust – citizenship in Texas due to the citizenship of its beneficiaries Esther Burke and Bryant Burke being Texas.

3.   In accordance with 28 U.S.C. § 1441(a), removal to the United States District Court for the District of Columbia is proper as this is the federal district court for the district and division embracing the place where the above-described action is pending.

4.   Plaintiff seeks recovery in an unspecified amount that can exceed seventy-five thousand dollars ($75,000), plus punitive damages, attorneys' fees, costs and interest.

5.      Greystar was served with a copy of the Summons and Complaint on June 8, 2017. This Notice of Removal has been filed within thirty days after service. *See* 28 U.S.C. § 1446(b).

6.      This Notice of Removal is served upon all parties and filed with the Clerk of the Superior Court for the District of Columbia contemporaneously with this filing. *See* Exhibit 2 (excluding attachments).

WHEREFORE, Defendant Greystar Real Estate Partners, LLC d/b/a Takoma Place, LLC, hereby prays the action pending in the Superior Court for the District of Columbia be removed to the United States District Court for the District of Columbia on the grounds of diversity of citizenship.

/s/   *James S. Aist*
James S. Aist (DC Bar # 481387)
Kevin M. Cox (Bar No.: 1013007)
Anderson, Coe & King, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
T: 410-752-1630 / F: 410-752-0085
aist@acklaw.com /cox@acklaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2017, a copy of the foregoing Notice of Removal has been mailed, postage prepaid, to and electronically filed and served upon:

John K. Roche (DC Bar # 491112)
Perkins Coie, LLP
700 Thirteenth Street, NW, Suite 600
Washington, DC 20005-3960
*Attorney for Plaintiff*

Matthew M. Moore, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, PA
12505 Park Potomac Avenue, 6th Floor
Potomac, MD  20854

*/s/   James S. Aist*
James S. Aist – DC Bar #481387